UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUDY FRANCIS | CIVIL ACTION |
| VERSUS | NO. 08-4972 |
| TERREBONNE PARISH SHERIFF'S OFFICE, ET AL. | SECTION: "N"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Rudy Francis's claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A as frivolous and for otherwise failing to state a claim upon which relief can be granted.

New Orleans, Louisiana, this 8th day of December, 2009.

UNITED STATES DISTRICT JUDGE